**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 25 2024

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

SUZANNA NEELEY_____, Applicant,

v.

RYAN LONG_____, Respondent,
(Name of warden, superintendent, jailer, or other custodian)

and

The Attorney General of the State of: _____, Additional Respondent.

(*Note: If you are attacking a judgment that imposed a sentence to be served in the future, you must fill in the name of the state where the judgment was entered. If you are attacking the execution of your sentence and not the validity of a state conviction or sentence, you must file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. If you are attacking the validity of a judgment entered in a federal court, you must file a motion pursuant to 28 U.S.C. § 2255 in the federal court that entered the judgment.*)

**APPLICATION FOR A WRIT OF HABEAS CORPUS**
**PURSUANT TO 28 U.S.C. § 2254**

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Original from provided free of charge by CO DOC Legal Services to Offender _____ Neeley _____ DOC# 112605 _____ on NOV 05 2024

## A.    APPLICANT INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address.  Failure to keep a current address on file with the court may result in dismissal of your case.*

SUZANNA NEELEY #112605 D.W.C.F.

(Applicant's name, prisoner identification number, and complete mailing address)

P.O. Box 392005, DENVER, Colorado 80239

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
✓    Convicted and sentenced state prisoner
____    Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _____

## B.    RESPONDENT(S) INFORMATION

RYAN LONG  D.W.C.F.  P.O. Box 392005

(Respondent's name and complete mailing address)

DENVER, Colorado 80239

## C.    CONVICTION UNDER ATTACK

Name of the court that entered the judgment of conviction:    JEFFERSON COUNTY

Date the conviction was entered:    MARCH of 2001

Case number:    2001 CR 653

Length and type of sentence:    1st DEGREE MURDER, LiFE without PAROLE.

Are you serving any other sentence?    ___ Yes  ✓ No (*check one*)

2

NOV 0 5 2024

on

DOC# 112605

Neeley

Original from provided free of charge by CO DOC Legal Services to Offender

Offense(s) you were convicted of committing:

_1st degree Murder_

What was your plea?

_Not guilty_

Kind of trial:

✓ Jury ___ Judge only (*check one*)

## D.    DIRECT APPEAL

Did you file a direct appeal?

✓ Yes ___ No (*check one*)

Name of the court in which the direct appeal was filed:

_Jefferson County, Colorado #2021CA1151_

Date and result of direct appeal:

_9-15-05    Judgment Affirmed_

Did you seek review in the state's highest court on direct appeal?

✓ Yes ___ No (*check one*)

Date and result of review in the state's highest court:

_June 10th 2024, DENIED, #2024SC54_

If you did not file a direct appeal, explain why:

## E.    POSTCONVICTION PROCEEDINGS

Have you initiated any other postconviction proceedings in any state court with respect to the judgment under attack? ___ Yes ✓ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have initiated more than one postconviction proceeding, use additional paper to provide the requested information for each prior proceeding. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. POSTCONVICTION PROCEEDINGS."*

Name and location of court:

Type of proceeding:

3

Original from provided free of charge by CO DOC Legal Services to Offender _Nuelies_   DOC# _112605_   on NOV 0 5 2024

Original from provided free of charge by CO DOC Legal Services to Offender

Date filed: _____

Date and result: _____

Did you appeal?                    ___ Yes ___ No (*check one*)

Date and result on appeal: _____

Did you seek review in the state's
highest court?                     ___ Yes ___ No (*check one*)

Date and result: _____

## F.    STATEMENT OF CLAIMS

*State clearly and concisely every claim you are asserting in this action. For each claim, specify the right that allegedly has been violated and all facts that support your claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "F. STATEMENT OF CLAIMS."*

*WARNING: If you fail to assert all of your claims in this application, you may be barred from presenting additional claims at a later date.*

CLAIM ONE: Ineffective Assistance of counsel

Supporting facts: Ingrid DeFranco #3106 & Cynthia A. Harvey #38511 Both of these 2 Appointed Attorneys delayed justice by not filing court documents in a timely manner.

#2- Investigator Jeff Kass, hired to Assist attorney Cynthia A. Harvey has new evidence to present to the court. A signed Affadavit that was not presented at my trial.

#3- My finger prints Are NOT on the weapon.

#4- A minor was prevented from being interviewed, and the only other source was the Alternate suspect.

#5- Newly discovered evidence warrants a new trial

#6- My 6th Amendment Right was violated.

4

## G.     EXHAUSTION OF STATE REMEDIES

*WARNING: You must exhaust available state remedies before filing a habeas corpus action in federal court pursuant to 28 U.S.C. § 2254. Your case may be dismissed if you have not exhausted available state remedies.*

Did you fairly present each claim asserted
in this action to the state's highest court?     √ Yes ___ No (*check one*)

If you answered "No," please identify which claim(s) have not been fairly presented to the state's highest court and explain why:

## H.     PRIOR FEDERAL ACTIONS

Have you filed any prior actions in any federal court challenging the same conviction or sentence under attack in this action? ___ Yes √ No (*check one*).

If the instant action is a second or successive application, have you obtained authorization from the United States Court of Appeals for the Tenth Circuit for this court to consider the application? ___ Yes ___ No (*check one*).

*Complete this section of the form if you have filed a prior federal action challenging the same conviction or sentence under attack in this action. If you have initiated more than one prior action, use additional paper to provide the requested information for each prior action. Please indicate that additional paper is attached and label the additional pages regarding prior actions as "H. PRIOR FEDERAL ACTIONS."*

Name and location of court:     _____

Case number:     _____

Type of proceeding:     _____

Claim(s) raised:     _____

Date and result: (attach a copy if available)     _____

Result on appeal, if appealed:     _____

Original from provided free of charge by CO DOC Legal Services to Offender

## I.    TIMELINESS OF APPLICATION

*If the judgment of conviction or the sentence under attack became final more than one year prior to the commencement of this action, explain why the application is not barred by the one-year limitation period in 28 U.S.C. § 2244(d).  If additional space is needed, use extra paper to explain your answer.  Please indicate that additional paper is attached and label the additional pages regarding timeliness as "I. TIMELINESS OF APPLICATION."*

N/A

## J.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "J. REQUEST FOR RELIEF."*  Appoint counsel ASAP.
Review my case to VACATE SENTENCE OR REINSTATE the "8 to 32" INSTEAD of "life without parole".
Grant REVIEW and REVERSE.

## K.    APPLICANT'S SIGNATURE

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this application: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the application otherwise complies with the requirements of Rule 11.

Suzanna Neeley
(Applicant's signature)

November 21, 2024
(Date)

(Form Revised December 2017)

6

11-20-24

To Whom It May Concern,

On 10-28-24,
I received legal mail by Magistrate
Judge Richard T. Gurley. I had 30 days
to amend my petition. So I went to
the office to get a law library "request
for Legal Assistance". My request was
"DENIED" due to the Unit office having
outdated forms! The law library sent
me a updated form and I was able
to obtain the correct paperwork to
amend the petition that Judge Gurley
ordered. Enclosed is the "DENIED" request
form so you can see it. Also enclosed
is the Civil Cover Sheet & my Habeas
Petition requested by Judge Gurley. I did
the best I could. Please file ASAP.

Respectfully,

Susanna Neeley #112605
DWCF
Unit 5-C #106
P.O. Box 392005
Denver, Colorado 80239



COLORADO
Department of Corrections

COLORADO DEPARTMENT OF CORRECTIONS
LEGAL ACCESS PROGRAM

AR Form 750-01A (04/01/23)

# REQUEST FOR LEGAL ASSISTANCE

TODAY'S DATE: 10-29-24

**INCOMPLETE FORMS WILL BE DENIED.**

LAST NAME: NEELEY    FIRST INITIAL: S    DOC #: 112605

FACILITY: DWCF    HOUSING UNIT: 5    TIER: C    CELL: 1010

WORK/PROGRAM ASSIGNMENT: AVP & Awakening Resilence    WORK/PROGRAM TIME: WeeKends
("UNA" OR "NA" if unassigned)    (start time and end time)

SESSION TIME REQUESTED* ✓ AM SESSION    ✓ PM SESSION

THE DATE OF ANY COURT IMPOSED DEADLINE: November 22, 2024

## ANSWER THE FOLLOWING. INCOMPLETE FORMS WILL BE DENIED.

NATURE OF MATTER: ✓ Habeas Corpus _____ Conditions of Confinement _____ Post Conviction Relief

Other_____

ARE YOU CURRENTLY REPRESENTED BY AN ATTORNEY?    YES_____    NO ✓

HAS THIS MATTER IN WHICH YOU NEED ASSISTANCE BEEN FILED?    YES ✓    NO_____
IF YES, PROVIDE THE FOLLOWING: CASE # AND COURT: 1:24 CV-02283-RTG, U.S. District Court

STATE THE TYPE OF ASSISTANCE YOU REQUIRE: (PLEASE WRITE LEGIBLY)

To Amend habeas application and file within 30 days.

_____

_____

_____

Suzanna QB Neeley
**OFFENDER SIGNATURE**    **DENIED**

DATE RECEIVED: **OCT 3 0 2024**    DATE ACCESS PROVIDED:_____

Your request has been DENIED for the following reasons:    DATE DENIED: **OCT 3 0 2024**

_____Your request form was not properly completed (missing required signature, last name, full cell location, facility, unit, tier, cell, assignment including time, DOC #, date, etc.)

_____You have failed to submit the proper form. Please resubmit: _____

_____Letters/Correspondence may not be prepared, typed, or saved on the Legal Access Program computers as described in AR 750-01.

_____The Legal Access Program does not provide the forms you have requested.

_____The Legal Access Program only provides addresses for courts and attorneys. You must request an address for a specific court or attorney.

__X__You may bring your request into compliance and resubmit a new form. A photocopy of this denied form will not be accepted.

_____The Legal Access Program cannot assist you with your request. It falls outside our program parameters.

_____The Legal Access Program will not provide any services for actions pertaining to sovereign citizen, strawman, or UCC theories, to include word processing, notarizations, supplies, and printing or photocopying services. Request forms for any Legal Access Program services which contain language or signatures pertaining to sovereign citizen, strawman, or UCC theories will be denied

_____The Facility legal assistants will not notarize documents related to any real estate/real property transaction, nor any document, including powers of attorney, wherein the offender authorizes another person to conduct financial transactions on his/her behalf. Power of Attorney forms are not provided by the Legal Access Program, and you are not permitted to type them on Law Library computers. Legal assistants will not notarize any documents related to the marriage or civil union of offenders. These documents are not permitted to be printed, saved or copied by the Legal Access Program. Also see AR 800-06, CRS 14-2-109 and law relevant to common law marriage in Colorado. Legal Assistants will not notarize requests for birth certificates.

_____The Program will not accept any request form which has any substance on it, such as dirt, food, coffee, hair, bodily secretions, glue, tape, staples, toothpaste, etc.

_____Legal Assistants are precluded from giving legal advice.

_____You may **LAW LIBRARY WILL NOT ACCEPT** ms per week, one form per day.

_____This form **OUTDATED FORMS. ALL AR 750-01** u are required to use the grievance process described in AR 850-04.

__X__Other__ **FORMS MUST HAVE 07/15/24 IN**    _____
**UPPER RIGHT CORNER OF FORM.**    _____

METER END: 78691 MINUS (-) METER BEGIN: 78690 EQUALS (=) TOTAL ADMIN COPIES: 1

Attachment A
Page 1 of 1

REQUEST FOR FORMS REQUIRED BY THE COURT                    Revised 6-12-24

Last Name: NEELEY    First Initial: C    DOC #: 112605    DATE: 11-5-24

Facility DCF Unit 5 Tier C Cell: 106 | **Case # or Subject matter (REQUIRED):** Habeas Petition

---

Court forms for the initial filing in habeas corpus, post-conviction relief and civil rights issues related to confinement may be provided at no charge by the Legal Access Program.
**You may request only one court form or one group of court forms per case number or subject matter.**
- **Submit a separate request form for EACH case # / subject matter.**
- Replacement court forms may be issued to replace ruined court forms upon return of the ruined court form.

**Inmate CDOC commitment name and number will be printed on each form denoting ownership of that form.**

# STATE COURT

_____ **Form 4** – Petition for Post-Conviction Relief - Crim. Procedure Rule **35(c)** *(4-page form + addtl pages=30 pages allowed)* **PROVIDE CASE NUMBER.**
            *(NOTE: JDF 201 and bank statement are NOT REQUIRED for this filing because there is no filing fee.)*
_____ **JDF 638** Rule 106.5 Motion *- Review of DOC Action (2-page form + additional pages=20 pages allowed)* **PROVIDE CASE NUMBER**
_____ **JDF 201** *Inmate Motion Requesting to File Without Prepayment of Filing/Service Fees (1-page form)*
            **6-month certified inmate account statement.** DO NOT REQUEST until JDF 201 form is complete **Include completed form with this request.**
_____ **JDF 208** Request for a State Paid Professional *(4-page form)*
            **3-month certified inmate account statement.** DO NOT REQUEST until JDF 208 form is complete. **Include completed form with this request.**
_____ **JDF 601 Civil Cover Sheet**
_____ **JDF 237** Instructions to File an Application for An Order of Collateral Relief *- (5-page form)*
_____ **JDF 661** Petition to Stop Illegal Confinement (habeas corpus) *- (2-page form)*
_____ **Public Defender Liaison Detainer & Warrant Application** – **PROVIDE CASE** Number *(1-page form + back side & detainer/warrant notice.*
            *if available = 5 pages allowed)*
**Conviction Review Forms (must Provide Your Case #):**
_____ 1st Judicial District – *Jefferson and Gilpin Counties (10-page form + additional pages=15 pages allowed)*
_____ 2nd Judicial District case – *Denver County* Application for Actual Innocence *(11-page form + additional pages=15 pages total allowed)*
_____ 2nd Judicial District case – *Denver County* Application for Sentence Review *(8-page form + additional pages=15 pages total allowed)*
_____ 18th Judicial District case - *Arapahoe, Douglas, Elbert, and Lincoln Counties (7-page form + additional pages=15 pages total allowed)*
_____ 20th Judicial District case - *Boulder County (10-page form + additional pages=15 pages allowed)*

# UNITED STATES DISTRICT COURT (FEDERAL)

____✓____ **JS 44** Civil Cover Sheet & instructions (2 pgs) **AND** Nature of Suit Code Descriptions (9 pgs). Court Clerk requires JS 44 for the civil docket sheet. *(11 pgs)*
_____ **Prisoner Motion for Appointment of Counsel** – Civil *(4-page form)*
            **3-month certified inmate account statement.** Request when Appt of Counsel form is complete. **Include completed form with this request.**
**Civil Rights Complaint:**
_____ **42 USCS §1983** –Instructions for Prisoner's Civil Rights Complaint *(2 pages)*
_____ **42 USCS §1983** - Prisoner's Civil Rights Complaint *(6-page form + additional pages=30 pages total allowed)*
_____ **28 USCS §1915**- Leave to Proceed without Payment of Filing Fee when filing Prisoner's Civil Rights Complaint *(4-page form)*
            **6-month certified inmate account statement.** Request when 1915 form is complete. **Include completed form with this request.**
**Habeas Corpus:**
_____ **28 USCS §2241** – Instructions *(2 pages)*
_____ **28 USCS §2241** – Application for a Writ of Habeas Corpus Pursuant to 28 USCS §2241 *(4-page form + additional pages=30 pages total allowed)*
_____ **28 USCS §1915** – Leave to Proceed without Payment of Filing Fee when filing App for Writ of Habeas Corpus Pursuant to 28 USCS §2241 *(2-page form)*
            **6-month certified inmate account statement.** Request when 1915 form is complete. **Include completed form with this request.**
____✓____ **28 USCS §2254** – Instructions *(2 pages)*
____✓____ **28 USCS §2254** – Application for a Writ of Habeas Corpus Pursuant to 28 USCS § 2254 by a **person in state custody**
            *(6-page form + additional pages=30 pages allowed)*
____✓____ **28 USCS §1915** – Leave to Proceed without Payment of Filing Fee when filing App for Writ of Habeas Corpus Pursuant to 28 USCS §2254 *(2 pages)*
            **6-month certified inmate account statement.** Request when 1915 form is complete. **Include completed form with this request.**
_____ **28 USCS §2255** – Instructions *(2 pages)*
_____ **28 USCS §2255** – Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 USCS §2255 by a **person in federal custody**
            *(5-page form + additional pages=30 pages allowed)*
_____ **28 USCS §1915** – Leave to Proceed without Payment of Filing Fee when filing App for Writ of Habeas Corpus Pursuant to 28 USCS §2255 *(2-page form)*
            **6-month certified inmate account statement.** Request when 1915 form is complete. **Include completed form with this request.**

| **Offender Signature** | *Brianna QB Neeley* | DATE DENIED _____ |

---

**DO NOT WRITE HERE – OFFICIAL USE ONLY**
Your request has been **DENIED** _____ in whole _____ in part   for the following reasons:
_____Form was not properly completed (missing required signature, facility, full cell location, unit, tier, cell, DOC#, date, etc.)
_____Request is too voluminous.  You are allowed one form (or set of forms) per case number or issue (subject) per action filed/per request form.
_____Must provide case number or issue (subject of the matter) of action being filed.
_____You did not return the original form containing errors to the Legal Assistant. A new form will not be provided until the original is returned.
_____If you are printing the form from the computer, (rather than asking for hard copies to be photocopied) please submit the green Photocopy Request form.
_____Other _____

Date Received in Law Library ___ NOV 0 5 2024 ___  Meter Begin: 78844 ___  Meter End: 78862
Total #court form pages printed 23   Total Admin Copies ___1___   Total of all copies 23   Total #sets of forms provided ___4___

US POSTAGE 2.04

7514

D.W.C.F.
SUZANNA NEELEY
#118005 Unit 5-C #106
P.O. Box 392005
DENVER, Colorado 80239

Clerk of the Court
Alfred A. Arraj United States Courthouse
901 19th Street, Room A 105
DENVER, CO. 80294-3589

